# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OUSMANE SAVANE,<br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO MAJORKAS,<br>and MICHAEL A. CATALANO,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 24CV224 |

## O R D E R

**AND NOW**, this 22nd day of November, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 15 & 17) and Plaintiff's response thereto (ECF Nos. 16), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk of Court is directed to **TERMINATE** this matter.

                                                                                     **BY THE COURT:**

                                                                                     /S/Wendy Beetlestone, J.

                                                                                     **WENDY BEETLESTONE, J.**